## United States Bankruptcy Court
### Western District of Louisiana

In re **Lionel Thomas Ruffin, Jr.**　　　　　　　Case No. **20-80221**
　　　　　　　　　　　　Debtor(s)　　　　　　　Chapter **7**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Schedule E/F**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date: **April 16, 2020**

**/s/ Malcolm X. Larvadain**
**Malcolm X. Larvadain 26,066**
Attorney for Debtor(s)
**Law Office of Malcolm X. Larvadain**
**626 8th Street**
**Alexandria, LA 71301**
**318-445-3533 Fax:318-445-4030**
**larvadain@bellsouth.net**

| | | |
|---|---|---|
| **Fill in this information to identify your case:** | | |
| Debtor 1 | **Lionel Thomas Ruffin, Jr.** | |
| | First Name  Middle Name  Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name  Middle Name  Last Name | |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF LOUISIANA | |
| Case number  **20-80221** (if known) | | ✓ Check if this is an amended filing |

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    **List All of Your PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims against you?**
   - ✓ No. Go to Part 2.
   - ☐ Yes.

**Part 2:**    **List All of Your NONPRIORITY Unsecured Claims**

3. **Do any creditors have nonpriority unsecured claims against you?**
   - ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   - ✓ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

                                                                                                             **Total claim**

| 4.1 | **Adance America** | Last 4 digits of account number | $350.00 |
|---|---|---|---|
| | Nonpriority Creditor's Name | | |
| | **2071 N Mall Drive** | When was the debt incurred? | |
| | **Alexandria, LA 71301** | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |
| | **Who incurred the debt?** Check one. | | |
| | ✓ Debtor 1 only | ☐ Contingent | |
| | ☐ Debtor 2 only | ☐ Unliquidated | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| | ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | |
| | ☐ Check if this claim is for a community debt | ☐ Student loans | |
| | | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | **Is the claim subject to offset?** | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | ✓ No | ✓ Other. Specify  **Payday Loan** | |
| | ☐ Yes | | |

Debtor 1 **Lionel Thomas Ruffin, Jr.**     Case number (if known) **20-80221**

| 4.2 | **Capital One Bank Usa N** | Last 4 digits of account number | 1369 | $625.00 |

Nonpriority Creditor's Name

**Po Box 30281**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

When was the debt incurred? **Opened 04/18 Last Active 3/05/20**

**Who incurred the debt?** Check one.
- ✓ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ✓ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ✓ Other. Specify **Credit Card**

---

| 4.3 | **Cashnet USA** | Last 4 digits of account number | 6533 | $2,007.00 |

Nonpriority Creditor's Name

**175 W. Jackson Blvd; Ste 1000**
**Chicago, IL 60604**
Number Street City State Zip Code

When was the debt incurred? **9/16/2019**

**Who incurred the debt?** Check one.
- ✓ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ✓ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ✓ Other. Specify **Signature Loan**

---

| 4.4 | **Comenity Bank/Inbryant** | Last 4 digits of account number | 6418 | $1,150.00 |

Nonpriority Creditor's Name

**Po Box 182789**
**Columbus, OH 43218**
Number Street City State Zip Code

When was the debt incurred? **Opened 10/18 Last Active 01/20**

**Who incurred the debt?** Check one.
- ✓ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ✓ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ✓ Other. Specify **Charge Account**

| 4.5 | **Comenitycb/myplacerwds** | Last 4 digits of account number | 7033 | $493.00 |

**Comenitycb/myplacerwds**
Nonpriority Creditor's Name
**Po Box 182120**
**Columbus, OH 43218**
Number Street City State Zip Code

Last 4 digits of account number  **7033**     $493.00

When was the debt incurred?  **Opened 09/18  Last Active 12/19**

**Who incurred the debt?** Check one.
- ✔ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ✔ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ✔ Other. Specify  **Charge Account**

---

| 4.6 | **Convergent Outsourcing Inc** |

**Convergent Outsourcing Inc**
Nonpriority Creditor's Name
**PO Box 9004**
**Renton, WA 98057**
Number Street City State Zip Code

Last 4 digits of account number  **1323**     $5,568.05

When was the debt incurred?

**Who incurred the debt?** Check one.
- ✔ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ✔ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ✔ Other. Specify  **Velocity Investments #395921000/Santander**

---

| 4.7 | **Enhanced Recovery Co L** |

**Enhanced Recovery Co L**
Nonpriority Creditor's Name
**Po Box 57547**
**Jacksonville, FL 32241**
Number Street City State Zip Code

Last 4 digits of account number  **1536**     $3,847.00

When was the debt incurred?  **Opened 07/18**

**Who incurred the debt?** Check one.
- ✔ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ✔ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ✔ Other. Specify  **Collection Attorney At T Mobility**

| Debtor 1 | **Lionel Thomas Ruffin, Jr.** | Case number (if known) | **20-80221** |
|---|---|---|---|

### 4.8 Excel Fin
Nonpriority Creditor's Name

**1507 Kaliste Saloom Rd S**
**Lafayette, LA 70508**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number **0509**    **$1,986.00**

When was the debt incurred? **Opened 11/19 Last Active 02/20**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Unsecured**

---

### 4.9 Lake Area Collections
Nonpriority Creditor's Name

**128 Arlington Drive**
**Lake Charles, LA 70605**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number **5652**    **$0.00**

When was the debt incurred? **Opened 6/21/14 Last Active 1/12/18**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Collection Attorney Orthopedic Center Of La**

---

### 4.10 Liberty Loan
Nonpriority Creditor's Name

**785-A Elliott St**
**Alexandria, LA 71301**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number **2247**    **$420.00**

When was the debt incurred? **Opened 12/19 Last Active 01/20**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Signature Loan**

| 4.1 1 | **Merrick Bank Corp** | Last 4 digits of account number | **4929** | **$645.00** |

Nonpriority Creditor's Name

**Po Box 9201
Old Bethpage, NY 11804**
Number Street City State Zip Code

When was the debt incurred? **Opened 05/19  Last Active 03/20**

**Who incurred the debt?** Check one.

- [✔] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [✔] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✔] Other. Specify  **Credit Card**

---

| 4.1 2 | **Rapides Parish Sheriff** | Last 4 digits of account number |  | **$0.00** |

Nonpriority Creditor's Name

**PO Box 1510
Alexandria, LA 71309-1510**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

- [✔] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [✔] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✔] Other. Specify  **Notice Only**

---

| 4.1 3 | **Republic Finance** | Last 4 digits of account number | **3732** | **$6,674.00** |

Nonpriority Creditor's Name

**4134 Jackson Street
Alexandria, LA 71301**
Number Street City State Zip Code

When was the debt incurred? **Opened 02/20  Last Active 03/20**

**Who incurred the debt?** Check one.

- [✔] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [✔] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✔] Other. Specify  **Note Loan**

### 4.14 Security Finance
Nonpriority Creditor's Name

**1719 Macarthur Drive**
**Alexandria, LA 71301**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

**Last 4 digits of account number** 0489 — $1,008.00

**When was the debt incurred?** Opened 12/23/19  Last Active 2/29/20

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify  **Signature Loan**

### 4.15 Ted Brett Brunson
Nonpriority Creditor's Name

**PO Box 12**
**Natchitoches, LA 71457-0012**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

**Last 4 digits of account number** — $0.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify  **Notice Only**

### 4.16 US Trustee
Nonpriority Creditor's Name

**300 Fannin Street, Ste 3196**
**Shreveport, LA 71101**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

**Last 4 digits of account number** — $0.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify  **Notice Only**

### Part 3: List Others to Be Notified About a Debt That You Already Listed

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

### Part 4: Add the Amounts for Each Type of Unsecured Claim

**6.** Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| Debtor 1 | **Lionel Thomas Ruffin, Jr.** | Case number (if known) | **20-80221** |

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $ | 0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. $ | 0.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $ | 0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. $ | 0.00 |
|  | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. $ | 0.00 |

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $ | 0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ | 0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ | 0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ | 24,773.05 |
|  | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. $ | 24,773.05 |

# United States Bankruptcy Court
## Western District of Louisiana

In re    **Lionel Thomas Ruffin, Jr.**      Case No.   **20-80221**
Debtor(s)      Chapter   **7**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing Schedule E/F, consisting of __9__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date   **April 16, 2020**      Signature   **/s/ Lionel Thomas Ruffin, Jr.**
                                                                                                  **Lionel Thomas Ruffin, Jr.**
                                                                                                  Debtor

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Louisiana

In re  **Lionel Thomas Ruffin, Jr.**                                  Case No.  **20-80221**
                                        Debtor(s)                     Chapter    **7**

## CERTIFICATE OF SERVICE

I hereby certify that on  **April 16, 2020**, a copy of  **Amended Schedule E/F**  was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Convergent Outsourcing Inc**
**Ted Brett Brunson**
**US Trustee**

           **/s/ Malcolm X. Larvadain**
           **Malcolm X. Larvadain 26,066**
           **Law Office of Malcolm X. Larvadain**
           **626 8th Street**
           **Alexandria, LA 71301**
           **318-445-3533Fax:318-445-4030**
           **larvadain@bellsouth.net**